# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

TIMOTHY L. SALVATORE,

   Respondent

  v.

DALLASTOWN AREA SCHOOL DISTRICT,

   Petitioner

No. 201 MAL 2015

Petition for Allowance of Appeal from the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

  **AND NOW**, this 14th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.